```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ROBERT E. STARR and LOUISE A. STARR, SYNCHRONY FINANCIAL, UNIFUND CCR PARTNERS, and MIDLAND FUNDING LLC,

                Defendants.

No. 16 Civ. 1431 (NSR)

**ORDER CONFIRMING SALE**

UPON THE READING AND FILING of the Return (Dkt. 81) and Report of Sale (Dkt. 82) of Ralph Sozio, United States Marshal for the Southern District of New York, appointed pursuant to this Court's Judgment of Foreclosure dated April 3, 2019 to sell the mortgaged premises therein described (Dkt. 74), and upon proof that due notice of the filing of the Report of Sale dated April 20, 2023 has been given to all parties entitled to notice thereto, it is hereby

ORDERED, ADJUDGED, AND DECREED, that the Report of Sale is ratified and confirmed in all respects, and the United States Marshal's Deed shall be recorded and delivered to the United States Department of Agriculture ("USDA") forthwith. The real property having been sold to the USDA for the credit bid sum of $167,245.00, which did not exceed the outstanding judgment balance, with no funds having been received by the United States Marshal, there are no funds to be deposited with the Clerk of Court or surplus funds to be distributed. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendants at Defendants' address listed on ECF and to show service on the docket.

SO ORDERED:

Dated: June 7, 2023
White Plains, New York

_____
HONORABLE NELSON S. ROMÀN
UNITED STATES DISTRICT JUDGE

PARTIES ENTITLED TO NOTICE OF ENTRY OF THIS ORDER:

Robert and Louise Starr
5 Oak Circle
Westbrookville, NY 12785

Synchrony Financial
777 Long Ridge Rd,
Stamford, CT 06905

Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, OH 45242

Midland Funding LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123